(Reap. Dec. 9713)

EUGENE DIETZGEN CO., INC. NATIONAL CARLOADING CORP. } *v.* UNITED STATES

Entry No. 803462.

(Decided May 24, 1960)

*Eugene R. Pickrell* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: Certain drawing instruments and cases exported from West Germany comprise the subject merchandise of the above-enumerated appeal for a reappraisement.

The parties hereto have entered into a stipulation of fact wherein it has been agreed as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the Plaintiff [*sic*] and the Assistant Attorney General for the United States, that the merchandise, covered by the above appeal for reappraisement, and described below by catalog numbers, consists of drawing instruments and cases which in the decision of *Keuffel & Esser Co.* vs. *United States*, Abstract No. 59557, were held to be separately dutiable; and that the cases and drawing instruments, in accordance with that decision, should be appraises [*sic*] separately instead of as an entirety; and that the market value or price at the time of exportation of

the drawing instruments and cases covered by the above appeal for reappraisement at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of Western Germany in usual wholesale quantities and in the ordinary course of trade for export to the United States plus the cost of all containers and all coverings of whatever nature and all other costs, charges and expenses incident to placing the merchandise in question, packed ready for shipment to the United States was as set forth below; that the weight of the cases was as set forth below:

| Catalog No. | Value of drawing instruments | Value of cases | Weight of case (lbs.) |
|---|---|---|---|
| 1096 | $2.27 | .71 | .595 |
| 1097 | 2.52 | .65 | .550 |
| 1097 LC | 2.97 | .74 | .550 |
| 1098 LC | 3.09 | 1.14 | .485 |
| 1092 | 1.00 | .33 | .285 |
| 1096 LC | 2.58 | .95 | .530 |
| 982 | 13.80 | 1.12 | .340 |
| 1094 | 1.62 | .44 | .375 |

IT IS FURTHER STIPULATED AND AGREED that on or about the date of exportation of the said merchandise, such or similar merchandise was not freely offered for sale for home consumption to all purchasers in the principal markets of Western Germany.

Upon the agreed facts before the court, I find and hold that export value, as that value is defined in section 402(d) of the Tariff Act of 1930 (19 U.S.C. § 1402(d)), is the proper basis of value for the drawing instruments and cases in issue and that said value is as set forth in the tabulation above.

As to any other merchandise, the appeal is dismissed.

Judgment will issue accordingly.